# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1230
Lower Tribunal No. 17-21586

————————

**Yuniel Mejias Gonzalez,**
Appellant,

vs.

**Claudia Marin Baez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Ilene F. Tuckfield, P.A., and Ilene F. Tuckfield, for appellant.

No appearance, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.